UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| EDDIE SOWELL SMITH, | Case No. 3:24-cv-00335-MMD-CSD |
|---|---|
| Plaintiff | |
| v. | ORDER |
| SARIBAY, *et al.*, | |
| Defendants | |

Plaintiff has submitted a pro se civil-rights complaint under 42 U.S.C. § 1983. (ECF No. 6). According to the Nevada Department of Corrections inmate database, Plaintiff is no longer at the address listed with the Court—Northern Nevada Correctional Center—and the Court's mail is being returned as undeliverable. (ECF No. 7). Nevada Local Rule of Practice IA 3-1 provides that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." "The notification must include proof of service on each opposing party or the party's attorney. Nev. Loc. R. IA 3-1. And "failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

For the foregoing reasons, IT IS ORDERED that Plaintiff will file his updated address with the Court **on or before June 19, 2025**.

IT IS FURTHER ORDERED that if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

The Clerk of the Court is directed to send Plaintiff a courtesy copy of this order and

1 the screening order (ECF No. 9) by delivering the same to High Desert State Prison's law
2 library.
3       DATED: May 15, 2025.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE