UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE SOWELL SMITH,<br><br>                    Plaintiff<br><br>     v.<br><br>SARIBAY, *et al.*,<br><br>                    Defendants | Case No.  3:24-cv-00335-MMD-CSD<br><br>ORDER |

Plaintiff has submitted a pro se civil-rights complaint under 42 U.S.C. § 1983. (ECF No. 6). On May 27, 2025, in compliance with the Court's order (ECF No. 10), Plaintiff filed notice of change of address. (ECF No. 12).  Plaintiff has also notified the Court that he is no longer in custody. (*Id*.)  As a result, the Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner on or before July 6, 2025, or pay the full filing fee of $405.

For the foregoing reasons, IT IS ORDERED that Plaintiff will file an application to proceed *in forma pauperis* by a non-prisoner with the Court **on or before July 6, 2025**, or pay the full filing fee of $405.

IT IS FURTHER ORDERED that if Plaintiff fails to timely comply with the order to file an updated application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee, this case will be subject to dismissal without prejudice.

IT IS FURTHER ORDERED that if Plaintiff chooses to file an amended complaint curing the deficiencies identified in the screening order, he must file the amended complaint **on or before July 6, 2025.**

The Clerk of the Court is directed to send Plaintiff a courtesy copy of this order, an

application to proceed *in forma* pauperis by a non-prisoner, the approved form for filing a § 1983 complaint and instructions for the same, the screening order (ECF No. 5), and his complaint (ECF No. 6) by delivering the same to his updated address.

DATED: June 6, 2025.

_____
UNITED STATES MAGISTRATE JUDGE